**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **MICHAEL N.B. ATTAWAY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 23-cv-02771-JPG |
| | ) |
| **AMANDA TALAMANTES,** | ) |
| and **CRAWFORD COUNTY JAIL** | ) |
| **ADMINISTRATOR,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, District Judge:**

This action came before the Court, District Judge J. Phil Gilbert, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendants. Plaintiff shall recover nothing, and the action is **DISMISSED without prejudice**, the parties to bear their own costs.

**DATED**: December 12, 2024

                                                    MONICA A. STUMP, CLERK

                                                    By: s/ Megan Moyers
                                                          Deputy Clerk

APPROVED: s/ J. Phil Gilbert
                        J. PHIL GILBERT
                        United States District Judge